AO 442 (Rev. 11/11) Arrest Warrant     AUSA    aren M. Wheatley, 101 NW ML King, Blvd., Suite 250, Evansville, IN

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br><br>MICHAEL THOMAS<br>*Defendant* | )<br>)<br>) Case No. 3:17-mj-42 MPB<br>)<br>)<br>)<br>) |

**FILED MAY 04 2017 U.S. CLERK'S OFFICE EVANSVILLE, INDIANA**

**FILED MAY 17 2017 U.S. CLERK'S OFFICE EVANSVILLE, INDIANA**

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   MICHAEL THOMAS                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to possess with the intent to distribute and to distribute 500 grams or more of a substance containing a detectable amount of methamphetamine, a Schedule II Non-Narcotic Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 846.

Date: May 4, 2017

*Issuing officer's signature*

City and state:   Evansville, Indiana         Matthew P. Brookman, Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 05/04/17, and the person was arrested on *(date)* 05/05/17
at *(city and state)* Evansville, IN

Date: 05/28/17

*Arresting officer's signature*

Enter Name and Title  RC Filson, SDUSM
*Printed name and title*